David A. Carroll, Esq. (NSB #7643)
dcarroll@rrsc-law.com
Anthony J. DiRaimondo, Esq. (NSB #10875)
adiraimondo@rrsc-law.com
**RICE REUTHER SULLIVAN & CARROLL, LLP**
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
Telephone: (702) 732-9099
Facsimile: (702) 732-7110
*Attorneys for Plaintiff HRHH Hotel/Casino, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HRHH HOTEL/CASINO, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>JOHN CHRISTOPHER MALLICK, an individual,<br><br>Defendant. | Case No. 2:15-cv-01802-APG-CWH<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE; ORDER GRANTING STIPULATION OF DISMISSAL WITH PREJUDICE** |

Plaintiff HRHH Hotel/Casino, LLC ("HRHH"), by and through its undersigned counsel, and Defendant John Christopher Mallick ("Mallick"), by and through its undersigned counsel, hereby stipulate and agree as follows:

1. Plaintiff HRHH filed its Complaint (Dkt. # 1) in this action (the "Action") on September 18, 2015.

2. Defendant Mallick filed his Answer to the Complaint on October 20, 2015.

3. Plaintiff and Defendant have entered into the Settlement Agreement and Release ("Settlement Agreement"), which resolves the disputes between Plaintiff and Defendant pursuant to agreed upon terms.

4. Pursuant to the Settlement Agreement, Plaintiff and Defendant have agreed to dismiss *with prejudice* this Action and that each party shall bear its own attorneys' fees and costs.

1

| | |
|---|---|
| DATED this ___ day of December, 2015. | DATED this ___ day of December, 2015. |
| RICE REUTHER SULLIVAN & CARROLL, LLP | GABRIEL L. GRASSO, P.C. |
| By: /s/ | By: _____ |
| David A. Carroll, Esq. (NSB No. 7643) | Gabriel L. Grasso, Esq. (NSB No. 7358) |
| Anthony J. DiRaimondo, Esq. (NSB No. 10875) | 9525 Hillwood Drive, Suite 190 Las Vegas, Nevada 89134 |
| 3800 Howard Hughes Parkway, Suite 1200 Las Vegas, Nevada 89169 | *Attorneys for Defendant JOHN CHRISTOPHER MALLICK* |
| *Attorneys for Plaintiff HRHH HOTEL/CASINO, LLC* | |

## ORDER [#9]   2:15-cv-1802-APG-CWH

Based on the foregoing Stipulation and good cause appearing,

IT IS HEREBY ORDERED, ADJDUGED, AND DECREED that this Action is DISMISSED *with prejudice*.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff and Defendant shall each bear its own attorneys' fees and costs.

IT IS SO ORDERED.

_____
U.S DISTRICT JUDGE
DATED: January 6, 2016

2

DATED this ___ day of December, 2015.   DATED this ___ day of December, 2015.

RICE REUTHER SULLIVAN & CARROLL, LLP

GABRIEL L. GRASSO, P.C.

By: _____
David A. Carroll, Esq.
(NSB No. 7643)
Anthony J. DiRaimondo, Esq.
(NSB No. 10875)
3800 Howard Hughes Parkway, Suite 1200
Las Vegas, Nevada 89169
*Attorneys for Plaintiff HRHH HOTEL/CASINO, LLC*

By: _____
Gabriel L. Grasso, Esq.
(NSB No. 7358)
9525 Hillwood Drive, Suite 190
Las Vegas, Nevada 89134
*Attorneys for Defendant JOHN CHRISTOPHER MALLICK*

## ORDER

Based on the foregoing Stipulation and good cause appearing,

IT IS HEREBY ORDERED, ADJDUGED, AND DECREED that this Action is DISMISSED *with prejudice*.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Plaintiff and Defendant shall each bear its own attorneys' fees and costs.

IT IS SO ORDERED.

_____
U.S DISTRICT JUDGE
DATED: _____

2